with ROVA RADIO CORPORATION, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

HIGGINBOTHAM-BAILEY-LOGAN COMPANY, Respondent, v. ANDREW W. MELLON, Director-General of Railroads, as Agent under Section 206 of Transportation Act of 1920 (Matter of LEHIGH VALLEY RAILROAD), Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ. Finch, J., dissents on the ground that proof necessary and proper to establish mailing is lacking. (Gardam & Son v. Batterson, 198 N. Y. 175.)

MERCEDES MCALLISTER SMITH, Respondent, v. BARRY C. SMITH and GEORGE W. BURLEIGH, Appellants, Impleaded, etc.— Order reversed, with costs, and motion denied, the verdict reinstated and judgment directed to be entered thereon. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

JACOB TEPPER, Appellant, v. WILLIAM H. BARNARD, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK (Successor by Merger to MORTON TRUST COMPANY), as Appointee of the Supreme Court to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, Deceased. WALTER CARROLL LOW, Appellant; FRITZ LEOPOLD SCHMIDT, JR., Respondent.— Decree, so far as appealed from affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

GERTRUDE G. SINGER, as Executrix, etc., of DANIEL J. SINGER, Deceased, Appellant, v. JOHN MCCOY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

WILLIAM SCHORR, Respondent, v. DANIEL COHEN, Defendant, Impleaded with NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.; Clarke, P. J., dissents.

LEW JOFFE, Appellant, v. ADOLPH PENN and Another, Defendants, Impleaded with JULIA PENN and Others, Respondents.— Judgment and order affirmed, with costs. Decision modified by reversing finding of fact No. 37. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of ESTHER MARGOLIS, Appellant, as General Guardian of SOLON COHEN and Others, for an Order Directing the Trustees of the Estate of NATHAN COHEN, Deceased, Respondents, to Make Certain Payments Out of Income of the Estate of Decedent.— Order affirmed, with costs to all parties to this appeal appearing by separate counsel and filing separate briefs herein payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAX SILVERSTEIN and Others, as Executors of the Last Will and Testament of NATHAN COHEN, Deceased.— Decree affirmed, with costs to all parties to this appeal appearing by separate counsel and filing separate briefs herein payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & Co., INCORPORATED, Respondent, v. JACOB M. FELSON and

Others, Appellants.—Appeal dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & Co., INCORPORATED, Respondent, v. JACOB M. FELSON and Others, Appellants.—Appeal dismissed. No opinion Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & Co., INCORPORATED, Respondent, v JACOB M. FELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & Co., INCORPORATED, Respondent, v. JACOB M. FELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ

S. W. STRAUS & Co., INCORPORATED, Respondent, v. JACOB M. FELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE E. THROCKMORTON, Respondent, v. CHARLES G. MEINKEN, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee of the Trusts Created by the Last Will and Testament of ELLA S. HOFFMAN, Deceased, Plaintiff, Respondent, v. OLGA BAES, Defendant, Respondent. ALBERT EDWARD OSWALD ORMSBY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS WATKIN v. HARRY HIRSCHFELD, Impleaded with BERNARD WEISS.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ANTONIO MOLLINO v. OGDEN & CLARKSON CORPORATION and Another.— Motion for leave to appeal granted; motion for reargument denied. Present — Dowling, Merrell, McAvoy and Martin, JJ.

CLAREMONT LABORATORIES, INC., v. F. W. KRAEMER and Another, Appellants, Impleaded with PETER LICARI, as Trustee in Bankruptcy of AMERICAN RELEASING CORPORATION, Defendant.— Motion denied, with ten dollars costs, on the ground that the judgment being one of modification no leave to appeal is necessary. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.